UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**DAVID WEIST,**

Plaintiff,

vs.

**ATMI PACKAGING, INC.**

Defendant.

Court File No. 02-465 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 7-29-, 2002

Kevin R. Coan (MN I.D. #29357X)
Anh T. Le (MN I.D. #0311923)
Parsinen, Kaplan, Rosberg & Gotlieb, P.A.
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612.333.2111

ATTORNEYS FOR PLAINTIFF
DAVID WEIST



FILED SEP 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 13, 2002

Richard A. Ross (MN I.D. #181791)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000

ATTORNEYS FOR DEFENDANT
ATMI PACKAGING, INC.,

## ORDER

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: Sept. 4, 2002

Honorable John R. Tunheim
United States District Court Judge